

**G. Steven Rowe**
ATTORNEY GENERAL

Telephone: (207) 626-8800
TDD: (207) 626-8865

REGIONAL OFFICES:

84 Harlow St., 2nd Floor
Bangor, Maine 04401
Tel: (207) 941-3070
Fax: (207) 941-3075

44 Oak Street, 4th Floor
Portland, Maine 04101-3014
Tel: (207) 822-0260
Fax: (207) 822-0259
TDD: (877) 428-8800

128 Sweden St., Ste. 2
Caribou, Maine 04736
Tel: (207) 496-3792
Fax: (207) 496-3291

**State of Maine**
**Office of the Attorney General**
**6 State House Station**
**Augusta, Maine 04333-0006**
September 25, 2003

Gail Baxter Creath, Deputy Clerk
United States District Court
202 Harlow Street, Room 300
Bangor, Maine 04401

> RE:   *Alliance of Automobile Manufacturers v. Gwadosky*, No. CV-03-154-BW

Dear Ms. Creath:

This letter replaces correspondence dated September 17, 2003 which appears to have miscarried for unknown reasons. The paragraphs below reproduce *verbatim* the contents of that letter.

As you know, the Complaint and Plaintiff's Motion for Preliminary Injunction in this matter were filed on September 4, 2003. Subsequently, Defendants were served with copies of the Complaint on September 16, 2003. It is my understanding that, pursuant to the applicable rules, Defendants are required to answer the complaint within 20 days of service, *i.e.,* on October 6, 2003; our response to the pending motion for a preliminary injunction is due on September 25, 2003.

The purpose of this letter is to request a *de minimis* extension of time within which to answer the complaint and respond to the pending motion for preliminary injunction. Specifically, Defendants respectfully request an extension that would permit them to file their answer and response to the pending motion on or before October 10, 2003.

Plaintiffs have indicated through attorney Bruce W. Hepler that they will ***not*** oppose this motion for extension of time. Thank you for your cooperation in bringing this to the Court's attention.

Sincerely,

FRANCIS ACKERMAN
Assistant Attorney General

FA/tlh
pc:   Paul Stern, Chief, Litigation
      Linda A. Conti, Chief, Consumer Protection
      See Attached List

Printed on Recycled Paper

Harold J. Friedman
Bruce W. Hepler
Attorneys for Plaintiff,
Alliance of Automobile Manufacturers
Friedman Gaythwaite Wolf & Leavitt
Six City Center, P.O. Box 4726
Portland, Maine 04112-4726


Russell R. Eggert
Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle Street
Chicago, Illinois 60603

John T. Sullivan
Mayer, Brwon, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-11001

John T. Whatley
Elizabeth Dannenberg
Alliance of Automobile Manufacturers
1401 H Street, N.W.
Suite 900
Washington, D.C. 20005